# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0308.  GREGG THEOTIS KENT v. THE STATE.**

On December 1, 2022, the trial court revoked Gregg Theotis Kent's probation. Kent thereafter filed this discretionary application on April 25, 2023.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) ("appeals from orders revoking probation . . . require that an application be filed with the clerk of the appropriate court within 30 days of the date of the revocation order"). Because Kent

---

[1] Kent originally submitted an application to this Court in December 2022, but it was returned because it did not contain a proper certificate of service.

filed this application 145 days after entry of the trial court's order revoking his probation, his application is untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  05/16/2023       *

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*